IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-40060
Summary Calendar

_____

JACK C. BLAKE, III, et al.,

Plaintiffs,

STEPHEN BLAKE, as Next Friend to
Jack C. Blake, III,

Plaintiff-Appellant,

VERSUS

CITY OF LAREDO
and
CITY OF LAREDO WASTEWATER COLLECTION,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(L-94-CV-155)

_____

(June 9, 1995)

Before SMITH, WIENER, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]


The judgment is AFFIRMED, essentially for the reasons set
forth in the district court's Memorandum and Order entered on
December 27, 1994.  The plaintiff sues for sexual harassment un-

---

[*] Local Rule 47.5.1 provides:  "The publication of opinions that have no
precedential value and merely decide particular cases on the basis of well-
settled principles of law imposes needless expense on the public and burdens
on the legal profession."  Pursuant to that rule, the court has determined
that this opinion should not be published.

der title VII. As the district court noted, however, this court in Garcia v. Elf Atochem N. Am., 28 F.3d 446, 451-52 (5th Cir. 1994), has held that male-on-male harassment is not actionable under title VII even if it is sexual in nature.